FILED
SUPERIOR COURT
OF GUAM

2018 JAN 30 PM 3: 59

CLERK OF COURT

BY:_____



# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| RUDY A. PABLO,<br><br>                Plaintiff,<br><br>    v.<br><br>RHONALYN BRAVO PABLO,<br><br>                Defendant. | DOMESTIC CASE NO. DM 0272-17<br><br><br><br>**DECISION AND ORDER<br>FROM RECUSAL COURT** |

This matter came before the Honorable Arthur R. Barcinas on November 22, 2017. Plaintiff Rudy A. Pablo is represented by Attorney Gary W.F. Gumataotao. Defendant Rhonalyn Bravo Pablo is represented by Attorney Seaton M. Woodley, III.

The Recusal Court is tasked with assessing the merits of Defendant's Request for Recusal. Defendant filed her Request for Recusal on September 26, 2017. Defendant seeks the recusal of the Court, the Honorable Elyze M. Iriarte, from this matter. Defendant states that Plaintiff's attorney, Attorney Gumataotao intends to subpoena Judge Iriarte as a witness in Yu v. Liang, et al., Civil Case No. CV 0087-16, a case in which Judge Iriarte served as counsel prior to her assumption of the bench. Defendant believes that serving as a witness in Yu would cause her to "go out of her way not to make decisions detrimental to plaintiff's counsel", and render her unable to remain impartial. Defendant cites no other basis to support Judge Iriarte's recusal.

Judge Iriarte submitted her Answer to Request to Recuse on October 5, 2017. Judge Iriarte states that Defendant's Request for Recusal is premature for three reasons. Firstly, Judge Iriarte has not yet been subpoenaed in Yu. Secondly, Judge Iriarte's testimony may be

precluded depending on a filed motion in limine. Lastly, Judge Iriarte possesses no bias against any of the parties in this matter because Judge Iriarte has not been examined by Attorney Gumataotao.

On November 16, 2017, Attorney Gumataotao filed a Motion to Withdraw as Counsel. Attorney Gumataotao wishes to cease his representation of Plaintiff because Plaintiff fails to maintain communication. During a hearing on this recusal matter, Attorney Gumataotao reiterated his intent to withdraw citing that he cannot find Plaintiff.

The Recusal Court finds no cause to require Judge Iriarte's recusal in this case. Defendant's sole concern is Attorney Gumataotao's participation in this matter. Attorney Gumataotao intends to withdraw from this case. If the Court grant's Attorney Gumataotao's motion, the source of any perceived bias leaves this case with Attorney Gumataotao. Therefore, having found no cause, the Recusal Court DENIES Defendant's Request for Recusal, and sends this matter back to the Court.

**IT IS SO ORDERED** this day of _____ JAN 3 0 2018 _____.



HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam

SERVICE VIA COURT BOX
I acknowledge that a copy      e
original here: was       d in the
court box of:
Gumataotao + pole
S. woodley
Date: 4/30/18  Time: 4:18p
Deputy Clerk, Superior Court of Guam